**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**WESTERN DIVISION (ROCKFORD)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Moscato, Gaetano** | Name of Joint Debtor (Spouse)  (Last, First, Middle):<br>**Moscato, Pia** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **xxx-xx-3120** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **xxx-xx-2880** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5617 N Carole Court**<br>**Monroe Center, IL**<br><br>ZIP CODE **61052** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5617 N Carole Court**<br>**Monroe Center, IL**<br><br>ZIP CODE **61052** |
| County of Residence or of the Principal Place of Business:<br>**Ogle** | County of Residence or of the Principal Place of Business:<br>**Ogle** |
| Mailing Address of Debtor (if different from street address):<br>**5617 N Carole Court**<br>**Monroe Center, IL**<br><br>ZIP CODE **61052** | Mailing Address of Joint Debtor (if different from street address):<br>**5617 N Carole Court**<br>**Monroe Center, IL**<br><br>ZIP CODE **61052** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**    (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee**   (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.

**Check one box:**        **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 10.0.11.1, ID 4164006114)*

B1 (Official Form 1) (04/13)      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Gaetano Moscato**<br>**Pia Moscato** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**   **/s/ Charles Wm. Dobra**            5/29/2014<br>      **Charles Wm. Dobra**                  Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☒   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

     ☒   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                _____

                (Name of landlord that obtained judgment)

                _____

                (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):  **Gaetano Moscato**<br>**Pia Moscato** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gaetano Moscato**
**Gaetano Moscato**

X **/s/ Pia Moscato**
**Pia Moscato**

Telephone Number (If not represented by attorney)

**5/29/2014**
Date

### Signature of Attorney*

X **/s/ Charles Wm. Dobra**
**Charles Wm. Dobra**        Bar No. **00647039**

**Charles Wm. Dobra, Esq**
**Charles Wm. Dobra, Ltd.**
**Suite 100**
**675 E. Irving Park Rd. #100**
**Roselle, IL 60172**
Phone No. **(630) 893-2494**      Fax No. **(630) 893-2497**

**5/29/2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **Gaetano Moscato**
**Pia Moscato**

Case No. _____
(if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Gaetano Moscato**                                    Case No. _____
         **Pia Moscato**                                                        (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gaetano Moscato**_____
                              Gaetano Moscato

Date: _____**5/29/2014**_____

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:  **Gaetano Moscato**
        **Pia Moscato**

Case No. _____
                    (if known)

        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)    **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:    **Gaetano Moscato**                                                      Case No. _____
          **Pia Moscato**                                                                                (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

     ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

     ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐   Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Pia Moscato**_____
                                     Pia Moscato

Date: _____**5/29/2014**_____

B6A (Official Form 6A) (12/07)

In re  **Gaetano Moscato**                         Case No. _____
       **Pia Moscato**                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Single family home located at 5617 N Carole Court, Monroe Center, IL purchased in for $.  Refinanced loan in February, 2012 for $198.556.00. (To Be Surrendered). | 100% joint interest | J | $135,332.00 | $5,000.00 |
| Commerical Property located at 506 W Main Street, Kirkland IL. and 527 W Main Street, Kirkland, IL purchased in March, 2009 and refinanced in December 2011. Property located at 506 W Main Street, Kirkland, IL is an occupied aprtment in the back and a vacant pizza store in the front.  Property located at 527 W Main Street, Kirkland, IL consists of an occupied pharmacy store and three (3) separate apartments and are presently leased to a third party tenant. (All properties to be surrendered). | 100% joint interest | J | $0.00 | $228,763.14 |
|  |  | Total: | $135,332.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Gaetano Moscato**                    Case No.  _____
       **Pia Moscato**                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | United States Currency. | J | $50.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | George C. Bravosr, Landlord | J | $2,200.00 |
| | | Mickey Chengpeng Liu, landlord | J | $650.00 |
| | | Nicor Gas | J | Unknown |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | One ordinary lot of misc. household goods, furnishings, appliances, tv, dvd, etc. | J | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | One ordinary lot of clothing suitable for adult person(s). | J | $450.00 |
| 7. Furs and jewelry. | | 2 wedding bands | J | $100.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gaetano Moscato**                                    Case No. _____
       **Pia Moscato**                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance through Country Financial (20 year term; policy #: 001836206). | H | $0.00 |
| | | Life insurance for son, Vincenzo Gaetano Moscato through Country Financial; policy #: 001865129. (Twenty Pay Life) (Policyowner Pia Moscato). | W | $0.00 |
| | | Life insurance for daughter Angela Gia Moscato through Country Financial; policy #: 001865127. (Twenty Pay Life) (Policyowner Pia Moscato). | W | $0.00 |
| | | Life insurance for daughter Nicole Alessandra Moscato through Country Financial; policy #: 001865128. (Twenty Pay Life) (Policyowner Pia Moscato). | W | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gaetano Moscato**                                    Case No. _____
       **Pia Moscato**                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gaetano Moscato**                                    Case No. _____
       **Pia Moscato**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1982 Pontiac Trans Am (VIN:1G2AW87HOCL541862) (miles; 110000; condition: not running). | J | $1,500.00 |
| | | 1981 Fiat Spyder (condition: not running; miles: 60,000) (VIN:ZFAAS00BXB8185895). | J | $1,500.00 |
| | | 1996 Mercedes Benz S-500 (VIN: WDBGA51E9TA322183) (condition: poor; miles: 82,000) | J | $2,000.00 |
| | | 1999 Mercedes Benz ML 320 SUV (condition: poor; miles: 210,000) (VIN:4JGAB54E7XA139740). | J | $1,000.00 |
| | | 1999 Mercedes Benz ML 320 SUV (VIN: 4JGAB54E7XA137731) (condition: poor; miles: 150,000) | J | $1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 4old pizza ovens, 2 grease traps, 2 3-compartment sinks, 2 stainless steel handsinks; 1 dough mixer; 2 dough rollers; 2 | J | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gaetano Moscato**                                          Case No. _____
       **Pia Moscato**                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | refrigerated prep table; 2 freezers; 10 prep tables; 2 microwaves; 2 cash registers; plates; cups; silverware; pots and pans; pizza cutters; pizza screens; 2 open signs; 2 fans and 6 phones. | | |
| 30. Inventory. | | No stock of inventory other than minimal and limited amounts of pizza sauce/seasonings/flour for making dough, etc. | J | Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Expectation of receipt of personal injlury slip and fall settlement vs. at Lowe's 3 years ago; injured right side of body; settlement expected is $20,000. | W | $20,000.00 |
| | | | | |

_____4_____  continuation sheets attached     **Total  >**  | $31,450.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Gaetano Moscato**                                  Case No. _____
       **Pia Moscato**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| United States Currency. | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| George C. Bravosr, Landlord | 735 ILCS 5/12-1001(b) | $2,200.00 | $2,200.00 |
| Mickey Chengpeng Liu, landlord | 735 ILCS 5/12-1001(b) | $650.00 | $650.00 |
| Nicor Gas | 735 ILCS 5/12-1001(b) | Unknown | Unknown |
| One ordinary lot of misc. household goods, furnishings, appliances, tv, dvd, etc. | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
| One ordinary lot of clothing suitable for adult person(s). | 735 ILCS 5/12-1001(a), (e) | $450.00 | $450.00 |
| 2 wedding bands | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Life insurance through Country Financial (20 year term; policy #: 001836206). | 735 ILCS 5/12-1001(h)(3) | $0.00 | $0.00 |
| Life insurance for son, Vincenzo Gaetano Moscato through Country Financial; policy #: 001865129. (Twenty Pay Life) (Policyowner Pia Moscato). | 735 ILCS 5/12-1001(h)(3) | $0.00 | $0.00 |
| Life insurance for daughter Angela Gia Moscato through Country Financial; policy #: 001865127. (Twenty Pay Life) (Policyowner Pia Moscato). | 735 ILCS 5/12-1001(h)(3) | $0.00 | $0.00 |
| Life insurance for daughter Nicole Alessandra Moscato through Country Financial; policy #: | 735 ILCS 5/12-1001(h)(3) | $0.00 | $0.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $4,450.00 | $4,450.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Gaetano Moscato**          Case No. _____
       **Pia Moscato**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 001865128. (Twenty Pay Life) (Policyowner Pia Moscato). | | | |
| 1996 Mercedes Benz S-500 (VIN: WDBGA51E9TA322183) (condition: poor; miles: 82,000) | 735 ILCS 5/12-1001(b) | $2,000.00 | $2,000.00 |
| 1999 Mercedes Benz ML 320 SUV (condition: poor; miles: 210,000) (VIN:4JGAB54E7XA139740). | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
| 1999 Mercedes Benz ML 320 SUV (VIN: 4JGAB54E7XA137731) (condition: poor; miles: 150,000) | 735 ILCS 5/12-1001(c) | $1,000.00 | $1,000.00 |
| 4old pizza ovens, 2 grease traps, 2 3-compartment sinks, 2 stainless steel handsinks; 1 dough mixer; 2 dough rollers; 2 refridgerated prep table; 2 freezers; 10 prep tables; 2 microwaves; 2 cash registers; plates; cups; silverware; pots and pans; pizza cutters; pizza screens; 2 open signs; 2 fans and 6 phones. | 735 ILCS 5/12-1001(d) | Unknown | Unknown |
| No stock of inventory other than minimal and limited amounts of pizza sauce/seasonings/flour for making dough, etc. | 735 ILCS 5/12-1001(b) | Unknown | Unknown |
| Expectation of receipt of personal injlury slip and fall settlement vs. at Lowe's 3 years ago; injured right side of body; settlement expected is $20,000. | 735 ILCS 5/12-1001(b) 735 ILCS 5/12-1001(h)(4) | $1,000.00 $19,000.00 | $20,000.00 |
| | | **$28,450.00** | **$28,450.00** |

B6D (Official Form 6D) (12/07)

In re  **Gaetano Moscato**                                    Case No. _____
      **Pia Moscato**                                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>John Coffman<br>Ogle County Treasurer<br>105 S 5th Street, Ste 114<br>Oregon, IL 61061 | | J | DATE INCURRED: **2013**<br>NATURE OF LIEN:<br>**Real Estate Taxes**<br>COLLATERAL:<br>**Single family home located at 5617 N Carole Court**<br>REMARKS:<br><br>VALUE: **$135,332.00** | | | | **$5,000.00** | |
| ACCT #: **xxxxx1199**<br><br>STC Capital Bank<br>460 S 1st Street<br>St. Charles, IL 60174 | | J | DATE INCURRED: **2012**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Single family home located at 5617 N Carole Court**<br>REMARKS:<br><br>VALUE: **$135,332.00** | | | | **$0.00** | |
| ACCT #: **xxxxxx1200**<br><br>STC Capital Bank<br>460 S 1st Street<br>St. Charles, IL 60174 | | J | DATE INCURRED: **2011**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Com
merical Property located at 506 W Main Street**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$228,763.14** | **$228,763.14** |
| ACCT #: **xxxH 433**<br><br>STC Capital Bank<br>Lillig & Thorsness, Ltd<br>1900 Spring Road, Ste 200<br>Oak Brook, IL 60523 | | J | DATE INCURRED: **2013**<br>NATURE OF LIEN:<br>**100% joint interest**<br>COLLATERAL:<br>**Commerical Property located at 506 W Main Street**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$0.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$233,763.14** | **$228,763.14** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gaetano Moscato**                                    Case No. _____
       **Pia Moscato**                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Whistling Acres Homeowners Assoc.<br>c/o Warren R. Hildebrand<br>204 Clark Street<br>Monroe Center, IL 61052** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**Homeowner's Assoc.**<br>COLLATERAL:<br>**Single family home located at 5617 N Carole Court**<br>REMARKS:<br>**It would appear that his HOA is defunct.**<br><br>VALUE:                                    **$135,332.00** | | | | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$0.00** | **$0.00** |
| Total (Use only on last page) > | **$233,763.14** | **$228,763.14** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  **Gaetano Moscato**                                    Case No. _____
    **Pia Moscato**                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Gaetano Moscato**                                    Case No. _____
        **Pia Moscato**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx7455**<br>**Advanced Disposal**<br>**8538 Highway 251 South**<br>**Davis Junction, IL 61020** | | J | DATE INCURRED:  **8/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $230.89 |
| ACCT #:  **xxxxxx2283**<br>**Advanced Disposal**<br>**8538 Highway 251 South**<br>**Davis Junction, IL 61020** | | J | DATE INCURRED:  **10/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $150.43 |
| ACCT #:<br>**Allabaugh Well Company**<br>**2003 N Weldon Road**<br>**Winnebago, IL 61088** | | W | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,000.00 |
| ACCT #:<br>**Barbara J Runne, DDS**<br>**General Dentistry**<br>**105 Brennan Drive**<br>**Kirkland, IL 60146** | | J | DATE INCURRED:  **2010-2014**<br>CONSIDERATION:<br>**Dental services**<br>REMARKS: | | X | | $3,144.00 |
| ACCT #:  **xxxxxxxxxxxx3211**<br>**Childrens Place**<br>**Citicorp Credit Services**<br>**Attn Centralized Bankruptcy**<br>**P. O. Box 20363**<br>**Kansas City, MO 64195** | | J | DATE INCURRED:  **09/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | X | | $574.00 |
| ACCT #:  **x6975**<br>**Cintas Corporation**<br>**P. O. Box 630921**<br>**Cincinnati, OH 45263-0921** | | J | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $205.95 |
| | | | | | | Subtotal > | $6,305.27 |

_____**8**_____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaetano Moscato**                                   Case No. _____
        **Pia Moscato**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx0827<br>**Citibank S. D.**<br>**Midland Funding**<br>**8875 Arto Drive**<br>**San Diego, CA 92123** | | J | DATE INCURRED:  **09/2011**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $1,040.00 |
| ACCT #:  xxxxxx0913<br>**Citibank S.D.**<br>**Midland Funding**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | J | DATE INCURRED:  **02/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $676.00 |
| ACCT #:  xxxxxxxxxxx1863<br>**Citibank Usa**<br>**Citicorp Credit Services**<br>**Attn: Centralized Bankruptcy**<br>**P. O. Box 20507**<br>**Kansas City, MO 64195** | | J | DATE INCURRED:  **12/2005**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | X | | $896.00 |
| ACCT #:  xxxxxx2093<br>**Commonwealth Edison**<br>**Customer Care Center**<br>**P. O. Box 805379**<br>**Chicago, IL 60680-5379** | | J | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Utility services**<br>REMARKS:<br>**For property located at 300 Rt 72, Monroe Center, IL** | | X | | $287.97 |
| ACCT #:  xxxxxxxxxxxxxxxxx0814<br>**Department of Education**<br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46037** | | H | DATE INCURRED:  **08/2008**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Non-discahargeable** | | X | | $5,614.00 |
| ACCT #:  xxxxxxxxxxxxxxxxx0814<br>**Department of Education**<br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46037** | | W | DATE INCURRED:  **08/2008**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Non-dischargeable** | | X | | $5,535.00 |

Sheet no. _____**1**_____ of _____**8**_____ continuation sheets attached to                                    Subtotal >        $14,048.97
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                      Total >
                                                              **(Use only on last page of the completed Schedule F.)**
                                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaetano Moscato**                                    Case No. _____
       **Pia Moscato**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxxxxxx0423<br>**Department of Education**<br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46037** | | W | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Non-dischargable** | | | | **$3,998.00** |
| ACCT #:  xxxxxxxxxxxxxxxxxxx0423<br>**Department of Education**<br>**Sallei Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46037** | | W | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Non-dischargable** | | X | | **$3,907.00** |
| ACCT #:  xxxxxxxxxxxxxxxxxxx0219<br>**Department of Education**<br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46037** | | W | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Non-dischargable** | | X | | **$2,783.00** |
| ACCT #:  xxxxxxxxxxxxxxxxxxx0423<br>**Department of Education**<br>**Sallie Mae**<br>**11100 USA Parkway**<br>**Fishers, IN 46037** | | W | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Non-dischargable** | | X | | **$1,953.00** |
| ACCT #:  xxxxx3017<br>**DirecTV**<br>**P. O. Box 60036**<br>**Los Angeles, CA 90060-0036** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Cable service**<br>REMARKS:<br>**For property located at 17800 E Il Rte 72, Monroe Center, IL** | | X | | **$435.25** |
| ACCT #:  xxx-xxx-xxxx-xxx312-5<br>**Frontier Communications**<br>**1398 S Woodland Blvd., Ste B**<br>**Deland< FL 32720** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS:<br>**For property located at 17800 E IL Rte 72, Monroe Center, IL** | | X | | **$816.99** |

Sheet no. ___**2**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    **$13,893.24**

Total >
(Use only on last page of the completed Schedule F.)
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaetano Moscato**                                    Case No. _____
       **Pia Moscato**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx4000**<br>**GE Money Bank**<br>**Midland Funding**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | H | DATE INCURRED:  **09/2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $907.00 |
| ACCT #:  **xxxxxxxxxxxx7295**<br>**GE Money Bank**<br>**Portfolio Recovery**<br>**Attn; Bankruptcy**<br>**P. O. Box 41067**<br>**Norfolk, VA 23541** | | J | DATE INCURRED:  **11/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $649.00 |
| ACCT #:  **xxxxxC215**<br>**GE Money Bank/Midland Funding LLC**<br>**Blatt Hasenmiller et al**<br>**211 Landmark Drive, Ste C-1**<br>**Normal, IL 61761** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **x3291**<br>**Greco & Sons, Inc**<br>**1550 Hecht Road**<br>**Bartlett, IL 60103** | | J | DATE INCURRED:  **9/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $1,112.33 |
| ACCT #:  **x3292**<br>**Greco & Sons, Inc**<br>**1550 Hecht Road**<br>**Bartlett, IL 60103** | | J | DATE INCURRED:  **2/2013**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $411.08 |
| ACCT #:<br>**Home Pages**<br>**American Marketing & Publishing, LLC**<br>**915 E Lincoln Highway**<br>**DeKalb, IL 60115** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. _____**3**_____ of _____**8**_____ continuation sheets attached to                  Subtotal >        $3,079.41
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaetano Moscato**                                    Case No. _____
        **Pia Moscato**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx1053**<br>**HSBC**<br>**LHR Inc**<br>**56 Main Street**<br>**Hamburg, NY 14075** | | J | DATE INCURRED: **03/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $555.00 |
| ACCT #: **xxxxxx5872**<br>**HSBC Bank Nevada**<br>**Midland Funding**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | J | DATE INCURRED: **05/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $810.00 |
| ACCT #: **x2040**<br>**ISB Print**<br>**P. O. Box 16201**<br>**Loves Park, IL 61132** | | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Advertisement**<br>REMARKS: | | X | | $1,471.34 |
| ACCT #: **x3066**<br>**ISB Print**<br>**P. O. Box 16201**<br>**Loves Park, IL 61132** | | J | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Advertisement**<br>REMARKS: | | X | | $1,084.00 |
| ACCT #: **x-xxxx-0110**<br>**Liturgical Publications Inc**<br>**P. O. Box 510817**<br>**New Berlin, WI 53151-0817** | | J | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Advertisement**<br>REMARKS: | | X | | $115.00 |
| ACCT #: **xxxxx6-001**<br>**MDC Environmental Services**<br>**1050 Greenlee Street**<br>**Marango, IL 60152-8247** | | J | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | X | | $216.15 |

Sheet no. _____**4**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,251.49

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaetano Moscato**                           Case No. _____
        **Pia Moscato**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx4610<br>**Mediacom**<br>**Credit Protection Association**<br>**Attn; Bankruptcy**<br>**P. O. Box 802068**<br>**Dallas, TX 75380** | | J | DATE INCURRED:  **03/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | X | | $407.00 |
| ACCT #:<br>**Michy Properties Inc**<br>**Hilltop Gas & Save**<br>**17802 E IL. Route 72**<br>**Monroe Center, IL 61052** | | J | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Past due rent**<br>REMARKS:<br>**Also for half of the snow removal.** | | X | | $8,000.00 |
| ACCT #:  xx-xx-xx-x652-1<br>**Nicor Gas**<br>**P. O. Box 5407**<br>**Carol Stream, IL 60197-5407** | | J | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**For property located at: 17800 E IL Rte. 72,**<br>**Monroe Cener, IL** | | X | | $1,135.61 |
| ACCT #:  x-x-xx-xx-x915-6<br>**Nicor Gas**<br>**P. O. Box 5407**<br>**Carol Stream, IL 60197-5407** | | J | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**for property located at 527 W Main Street, Unit**<br>**1E, Kirkland, IL** | | X | | $52.17 |
| ACCT #:  xxxxx6-002<br>**Rock River Disposal**<br>**4002 S Main Street**<br>**Rockford, IL 61102** | | J | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Garbage Pick up**<br>REMARKS: | | X | | $137.56 |
| ACCT #:  xxxxx7332<br>**Rock River Disposal**<br>**A R M Solutions, Inc**<br>**P. O. Box 2929**<br>**Camarillo, CA 93011-2929** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**5**____ of ____**8**____ continuation sheets attached to                                     Subtotal >                  $9,732.34
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gaetano Moscato**                                    Case No. _____
       **Pia Moscato**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx6746**<br>**Royal Publishing**<br>**7620 N Harker Drive**<br>**Peoria, IL 61615-1849** | | J | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Advertisement**<br>REMARKS: | | X | | **$85.00** |
| ACCT #:  **xxxxxxxxxxxxxxxxxx1016**<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | DATE INCURRED:  **10/2007**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Non-dischargable** | | X | | **$6,020.00** |
| ACCT #:  **xxxxxxxxxxxxxxxxxx1016**<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | W | DATE INCURRED:  **10/2007**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS:<br>**Non-dischargable** | | | | **$4,523.00** |
| ACCT #:  **xxxxxxxxxxx2137**<br>**Sams Club / GEMB**<br>**Attention:  Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | J | DATE INCURRED:  **11/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | **$566.00** |
| ACCT #:  **xx8333**<br>**St. Anthony Medical Center**<br>**Rockford Mercantile**<br>**2502 S Alpine Road**<br>**Rockford, IL 61108** | | J | DATE INCURRED:  **07/2009**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$888.00** |
| ACCT #:  **xx6169**<br>**St. Anthony Medical Center**<br>**Rockford Mercantile**<br>**2502 S Alpine Road**<br>**Rockford, IL 61108** | | J | DATE INCURRED:  **08/2008**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$398.00** |

Sheet no. ___**6**___ of ___**8**___ continuation sheets attached to                               Subtotal >    **$12,480.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaetano Moscato**                                  Case No. _____
        **Pia Moscato**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx6170**<br>**St. Anthony Medical Center**<br>**Rockford Mercantile**<br>**2502 S Alpine Road**<br>**Rockford, IL 61108** | | J | DATE INCURRED: **08/2008**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $348.00 |
| ACCT #: **xx8334**<br>**St. Anthony Medical Center**<br>**Rockford Mercantile**<br>**2502 S Alpine Road**<br>**Rockford, IL 61108** | | J | DATE INCURRED: **07/2009**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $366.00 |
| ACCT #: **5258**<br>**The Ogle County Life**<br>**311 Washington Street**<br>**P. O. Box 378**<br>**Oregon, IL 61061-0378** | | J | DATE INCURRED: **2013**<br>CONSIDERATION:<br>**Advertisement**<br>REMARKS: | | X | | $154.58 |
| ACCT #: **xxxxx0688**<br>**U S Cellular**<br>**Department 0205**<br>**Palatine, IL 60055-0205** | | J | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Cellular phone services**<br>REMARKS: | | X | | $491.17 |
| ACCT #: **xx-xx6456**<br>**Veolia**<br>**1660 Hubbard Ave**<br>**Batavia, IL 60510** | | J | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | X | | $144.48 |
| ACCT #: **xxxxx9430**<br>**Verison, Inc**<br>**Afni, Inc**<br>**Attn: Bankruptcy**<br>**P. O. Box 3097**<br>**Bloomington, IL 61702** | | J | DATE INCURRED: **12/2009**<br>CONSIDERATION:<br>**Cellular phone services**<br>REMARKS: | | X | | $154.00 |

Sheet no. ___7___ of ___8___ continuation sheets attached to                                    Subtotal >            $1,658.23
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                                        (Use only on last page of the completed Schedule F.)
                                                    (Report also on Summary of Schedules and, if applicable, on the
                                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gaetano Moscato**                                   Case No. _____
        **Pia Moscato**                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx6157**<br>**Victoria's Secret**<br>**Attention: Bankruptcy**<br>**PO Box 182125**<br>**Columbus, OH 43218** | | J | DATE INCURRED:  **10/24/2006**<br>CONSIDERATION:<br>**Store account**<br>REMARKS: | | X | | $856.00 |
| ACCT #:<br>**Village of Kirkland**<br>**511 W Main Street**<br>**P. O. Box 550**<br>**Kirkland, IL 60146** | | J | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Open account**<br>REMARKS:<br>**Replacement of water meter at 506 Main Street, Kirkland, IL** | | X | | $130.00 |
| ACCT #:  **xxxxx7525**<br>**World Fianncial Network Bank**<br>**Portfolio Recovery**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | J | DATE INCURRED:  **09/2013**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $400.00 |
| ACCT #:  **xxxxxxxxxxxx4202**<br>**World Financial Bank**<br>**Attention: Bankruptcy**<br>**PO Box 10438**<br>**Des Moines, IA 50306** | | J | DATE INCURRED:  **03/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $4,023.00 |
| ACCT #:  **xxxxx6157**<br>**World Financial Network Bank**<br>**Portfolio recovery**<br>**Attn Bankruptcy**<br>**P. O. Box 41067**<br>**Norfolk, VA 23571** | | J | DATE INCURRED:  **02/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $856.00 |
| | | | | | | | |

Sheet no. ___**8**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $6,265.00 |
|---|---|---|
|  | Total > | $71,713.95 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Gaetano Moscato**                          Case No. _____
   **Pia Moscato**                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Moscato Pizza**<br>532 E Main Street<br>Genoa, IL 60135 | Pizza restuarant<br>Contract to be ASSUMED |
| **Moscato Pizza**<br>17800 Il. Route 72<br>Monroe Center, IL 61052 | Pizza restuarant<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **Gaetano Moscato**                                   Case No.  _____
       **Pia Moscato**                                                      (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

| Debtor 1 | **Gaetano** | | **Moscato** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Pia** | | **Moscato** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                        12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | **Self employed** | **Self employed** |
| **Employer's name** | | **Moscato's Pizza** | **Moscato's Pizza** |
| **Employer's address** | | **17800 Route 72** | **17800 Route 72** |
| | | Number  Street | Number  Street |
| | | **Monroe Center    IL    61052** | **Monroe Center    IL    61052** |
| | | City           State  Zip Code | City           State  Zip Code |
| **How long employed there?** | | **24 years** | **24 years** |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

Debtor 1  **Gaetano**                      **Moscato**                              Case number (if known) _____

First Name      Middle Name      Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................. → | 4. | $0.00 | $0.00 |
| **5.** | **List all payroll deductions:** | | | |
| | 5a.  Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| | 5b.  Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c.  Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d.  Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e.  Insurance | 5e. | $0.00 | $0.00 |
| | 5f.  Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g.  Union dues | 5g. | $0.00 | $0.00 |
| | 5h.  Other deductions.  Specify: _____ | 5h.+ | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| **8.** | **List all other income regularly received:** | | | |
| | 8a.  Net income from rental property and from operating a business, profession, or farm | 8a. | ($5,162.00) | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b.  Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c.  Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d.  Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e.  Social Security | 8e. | $0.00 | $0.00 |
| | 8f.  Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify:  **Food stamps** | 8f. | $0.00 | $750.00 |
| | 8g.  Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h.  Other monthly income.  Specify:  **Rental Property** | 8h.+ | $0.00 | $2,700.00 |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | ($5,162.00) | $3,450.00 |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | ($5,162.00)  + | $3,450.00  =  ($1,712.00) |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.**  Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | |
| | Specify: _____ | 11. + | | $0.00 |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. | ($1,712.00) **Combined monthly income** | |
| **13.** | **Do you expect an increase or decrease within the year after you file this form?** | | | |

☐ No.

☑ Yes. Explain:   It would appear that the foreclosing bank has secured, by court order, a Receiver.  Thus, and rental income would not be available to the Debtors.

Debtor 1   **Gaetano**                        **Moscato**                    Case number (if known) _____
           First Name        Middle Name        Last Name

8a.  Attached Statement (Debtor 1)

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                 **$21,050.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                             **$4,600.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor):          **$0.00**
    4. Payroll Taxes:                                                        **$0.00**
    5. Unemployment Taxes:                                           **$0.00**
    6. Worker's Compensation:                                       **$0.00**
    7. Other Taxes:                                                     **$1,419.00**
    8. Inventory Purchases (including raw materials):     **$2,000.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray:             **$0.00**
    10. Rent (other than debtor's principal residence):   **$1,900.00**
    11. Utilities:                                                         **$1,563.00**
    12. Office Expenses and Supplies:                           **$1,000.00**
    13. Repairs and Maintenance:                                  **$200.00**
    14. Vehicle Expenses:                                            **$1,680.00**
    15. Travel and Entertainment:                                 **$0.00**
    16. Equipment Rental and Leases:                          **$0.00**
    17. Legal/Accounting/Other Professional Fees:        **$0.00**
    18. Insurance:                                                       **$0.00**
    19. Employee Benefits (e.g., pension, medical, etc.):  **$0.00**
    20. Payments to be Made Directly by Debtor to Secured Creditors for
        Pre-Petition Business Debts (Specify):              **None**
    21. Other (Specify):                                               **None**
    22. Total Monthly Expenses (Add items 3 - 21)                            **$9,762.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):       **($5,162.00)**

**Fill in this information to identify your case:**

| | | | Check if this is: |
|---|---|---|---|
| Debtor 1 | **Gaetano** | **Moscato** | ☐ An amended filing |
| | First Name        Middle Name        Last Name | | ☐ A supplement showing post-petition chapter 13 expenses as of the following date: |
| Debtor 2 (Spouse, if filing) | **Pia** | **Moscato** | |
| | First Name        Middle Name        Last Name | | MM / DD / YYYY |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household |
| Case number (if known) | | | |

## Official Form B 6J

## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☐ No.  Go to line 2.
☑ Yes.  **Does Debtor 2 live in a separate household?**
   ☑ No
   ☐ Yes.  Debtor 2 must file a separate Schedule J.

**2.    Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes.  Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **20** | ☐ No  ☑ Yes |
| **Son** | **17** | ☐ No  ☑ Yes |
| **Son** | **11** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

|  |  | Your expenses |
|---|---|---|
| **4.    The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,707.55** |
| If not included in line 4: | | |
| 4a.    Real estate taxes | 4a. | |
| 4b.    Property, homeowner's, or renter's insurance | 4b. | |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. | |
| 4d.    Homeowner's association or condominium dues | 4d. | |

| Debtor 1 | **Gaetano** | | **Moscato** | | Case number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $871.43 |
| | 6b. Water, sewer, garbage collection | 6b. | $149.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $495.00 |
| | 6d. Other. Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | $1,000.00 |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | _____ |
| 10. | **Personal care products and services** | 10. | _____ |
| 11. | **Medical and dental expenses** | 11. | _____ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $2,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____ |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | _____ |
| | 15b. Health insurance | 15b. | _____ |
| | 15c. Vehicle insurance | 15c. | $700.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | _____ |
| | 17b. Car payments for Vehicle 2 | 17b. | _____ |
| | 17c. Other. Specify: _____ | 17c. | _____ |
| | 17d. Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | _____ |
| | 20b. Real estate taxes | 20b. | _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | _____ |
| | 20e. Homeowner's association or condominium dues | 20e. | _____ |

Debtor 1 **Gaetano** **Moscato** Case number (if known) _____

First Name Middle Name Last Name

---

**21. Other.** Specify: _____ 21. + _____

**22. Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses. 22. | **$6,922.98** |

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I. 23a. ($1,712.00)

23b. Copy your monthly expenses from line 22 above. 23b. − **$6,922.98**

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income. 23c. | **($8,634.98)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. | Explain here:
**None.**
|

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re   **Gaetano Moscato**                                                    Case No.
        **Pia Moscato**

                                                                             Chapter       **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $135,332.00 | | |
| B - Personal Property | Yes | 5 | $31,450.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $233,763.14 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $71,713.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | ($1,712.00) |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $6,922.98 |
| TOTAL | | 28 | $166,782.00 | $305,477.09 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re  **Gaetano Moscato**                              Case No.
     **Pia Moscato**

                                             Chapter     **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $34,333.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$34,333.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | ($1,712.00) |
| Average Expenses (from Schedule J, Line 22) | $6,922.98 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $0.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $228,763.14 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $71,713.95 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $300,477.09 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Gaetano Moscato**                                                    Case No. _____
    **Pia Moscato**                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **5/29/2014** _____        Signature _**/s/ Gaetano Moscato**_____
                                                                    **Gaetano Moscato**


Date **5/29/2014** _____        Signature _**/s/ Pia Moscato**_____
                                                                    **Pia Moscato**

                                         [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:   **Gaetano Moscato**
         **Pia Moscato**

Case No. _____
                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☑

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **STC Capital Bank v. Gaetano & Pia Moscato 13CH433** | **Foreclosure** | **Circuit Court for th 23rd Judicial Circuit, DeKalb County, IL.** | **Pending** |
| **STC Capital Bank v. Gaetano & Pia Moscato 2013CH193** | **Foreclosure** | | **Pending** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **Gaetano Moscato**                                      Case No. _____
         **Pia Moscato**
                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| **Midland Funding, LLC v. Gaetano Moscato 2014 SC 215** | **Collection** | **Circuit Court of the Fifteenth Judicial Circuit, Ogle County, IL** | **Pending** |
| --- | --- | --- | --- |

None
☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
☑   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| U S Bankruptcy Court | | $306 filing fee for Chapter 7 Bankruptcy |
| Springboard Nonprofit Consumer Credit Management | | $110 for credit counseling and debtor education courses |
| BankruptcyPro | | $35 for copies of tax transcripts from the IRS |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION (ROCKFORD)

In re:  **Gaetano Moscato**                                          Case No.  _____
        **Pia Moscato**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

**Charles Wm. Dobra, Esq.**                    04/30/2014                $1,822.50
**675 E Irving Park Road**
**Suite 100**
**Roselle, IL 60172**

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

In re:   **Gaetano Moscato**                                              Case No. _____
         **Pia Moscato**                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **Gaetano Moscato**                                    Case No. _____
         **Pia Moscato**                                                          (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑ a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑ b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑ c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑ d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑ a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑ b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑ a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑ b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑ a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑ b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **Gaetano Moscato**                                        Case No. _____
         **Pia Moscato**                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑
**23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

None
☑
**24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

None
☑
**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **5/29/2014** _____    Signature _____ **/s/ Gaetano Moscato** _____
                                                   of Debtor        *Gaetano Moscato*

Date **5/29/2014** _____    Signature _____ **/s/ Pia Moscato** _____
                                                   of Joint Debtor  *Pia Moscato*
                                                   (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:  **Gaetano Moscato**  
**Pia Moscato**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| John Coffman<br>Ogle County Treasurer<br>105 S 5th Street, Ste 114<br>Oregon, IL 61061 | Single family home located at 5617 N Carole Court, |

Property will be (check one):  
☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):  
☐ Claimed as exempt     ☐ Not claimed as exempt

---

Property No.   2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| STC Capital Bank<br>460 S 1st Street<br>St. Charles, IL 60174<br>xxxxx1199 | Single family home located at 5617 N Carole Court, |

Property will be (check one):  
☒ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):  
☐ Claimed as exempt     ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:  **Gaetano Moscato**                                        CASE NO
        **Pia Moscato**
                                                                   CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>STC Capital Bank<br>460 S 1st Street<br>St. Charles, IL 60174<br>xxxxxx1200 | **Describe Property Securing Debt:**<br>Commerical Property located at 506 W Main Street, |

Property will be (check one):
☒  Surrendered          ☐  Retained

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐  Claimed as exempt          ☐  Not claimed as exempt

| Property No.   4 | |
|---|---|
| **Creditor's Name:**<br>STC Capital Bank<br>Lillig & Thorsness, Ltd<br>1900 Spring Road, Ste 200<br>Oak Brook, IL 60523<br>xxxH 433 | **Describe Property Securing Debt:**<br>Commerical Property located at 506 W Main Street, |

Property will be (check one):
☒  Surrendered          ☐  Retained

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐  Claimed as exempt          ☐  Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:  **Gaetano Moscato**
      **Pia Moscato**

CASE NO

CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 2*

| Property No.   5 | |
|---|---|
| **Creditor's Name:**<br>Whistling Acres Homeowners Assoc.<br>c/o Warren R. Hildebrand<br>204 Clark Street<br>Monroe Center, IL 61052 | **Describe Property Securing Debt:**<br>Single family home located at 5617 N Carole Court, |

Property will be (check one):
☑ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Moscato Pizza<br>532 E Main Street<br>Genoa, IL 60135 | **Describe Leased Property:**<br>Pizza restuarant | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑      NO ☐ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>Moscato Pizza<br>17800 Il. Route 72<br>Monroe Center, IL 61052 | **Describe Leased Property:**<br>Pizza restaurant | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐      NO ☑ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   **Gaetano Moscato**                                    CASE NO
         **Pia Moscato**
                                                                CHAPTER   **7**

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 3*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **5/29/2014**                                   Signature   **/s/ Gaetano Moscato**
                                                                  *Gaetano Moscato*

Date  **5/29/2014**                                   Signature   **/s/ Pia Moscato**
                                                                  *Pia Moscato*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

IN RE:   **Gaetano Moscato**                                    CASE NO
         **Pia Moscato**
                                                               CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/29/2014                          Signature  /s/ Gaetano Moscato
                                                    *Gaetano Moscato*


Date  5/29/2014                          Signature  /s/ Pia Moscato
                                                    *Pia Moscato*

Advanced Disposal
8538 Highway 251 South
Davis Junction, IL 61020

Department of Education
Sallie Mae
11100 USA Parkway
Fishers, IN 46037

HSBC
LHR Inc
56 Main Street
Hamburg, NY 14075

Allabaugh Well Company
2003 N Weldon Road
Winnebago, IL 61088

Department of Education
Sallei Mae
11100 USA Parkway
Fishers, IN 46037

HSBC Bank Nevada
Midland Funding
8875 Aero Drive
San Diego, CA 92123

Barbara J Runne, DDS
General Dentistry
105 Brennan Drive
Kirkland, IL 60146

DirecTV
P. O. Box 60036
Los Angeles, CA 90060-0036

ISB Print
P. O. Box 16201
Loves Park, IL 61132

Childrens Place
Citicorp Credit Services
Attn Centralized Bankruptcy
P. O. Box 20363
Kansas City, MO 64195

Frontier Communications
1398 S Woodland Blvd., Ste B
Deland< FL 32720

John Coffman
Ogle County Treasurer
105 S 5th Street, Ste 114
Oregon, IL 61061

Cintas Corporation
P. O. Box 630921
Cincinnati, OH 45263-0921

GE Money Bank
Midland Funding
8875 Aero Drive
San Diego, CA 92123

Liturgical Publications Inc
P. O. Box 510817
New Berlin, WI 53151-0817

Citibank S. D.
Midland Funding
8875 Arto Drive
San Diego, CA 92123

GE Money Bank
Portfolio Recovery
Attn; Bankruptcy
P. O. Box 41067
Norfolk, VA 23541

MDC Environmental Services
1050 Greenlee Street
Marango, IL 60152-8247

Citibank S.D.
Midland Funding
8875 Aero Drive
San Diego, CA 92123

GE Money Bank/Midland Funding L
Blatt Hasenmiller et al
211 Landmark Drive, Ste C-1
Normal, IL 61761

Mediacom
Credit Protection Association
Attn; Bankruptcy
P. O. Box 802068
Dallas, TX 75380

Citibank Usa
Citicorp Credit Services
Attn: Centralized Bankruptcy
P. O. Box 20507
Kansas City, MO 64195

Greco & Sons, Inc
1550 Hecht Road
Bartlett, IL 60103

Michy Properties Inc
Hilltop Gas & Save
17802 E IL. Route 72
Monroe Center, IL 61052

Commonwealth Edison
Customer Care Center
P. O. Box 805379
Chicago, IL 60680-5379

Home Pages
American Marketing & Publishing
915 E Lincoln Highway
DeKalb, IL 60115

Moscato Pizza
532 E Main Street
Genoa, IL 60135

Moscato Pizza
17800 Il. Route 72
Monroe Center, IL 61052

STC Capital Bank
460 S 1st Street
St. Charles, IL 60174

World Fianncial Network Bank
Portfolio Recovery
PO Box 41067
Norfolk, VA 23541

Nicor Gas
P. O. Box 5407
Carol Stream, IL 60197-5407

STC Capital Bank
Lillig & Thorsness, Ltd
1900 Spring Road, Ste 200
Oak Brook, IL 60523

World Financial Bank
Attention: Bankruptcy
PO Box 10438
Des Moines, IA 50306

Rock River Disposal
4002 S Main Street
Rockford, IL 61102

The Ogle County Life
311 Washington Street
P. O. Box 378
Oregon, IL 61061-0378

World Financial Network Bank
Portfolio recovery
Attn Bankruptcy
P. O. Box 41067
Norfolk, VA 23571

Rock River Disposal
A R M Solutions, Inc
P. O. Box 2929
Camarillo, CA 93011-2929

U S Cellular
Department 0205
Palatine, IL 60055-0205

Royal Publishing
7620 N Harker Drive
Peoria, IL 61615-1849

Veolia
1660 Hubbard Ave
Batavia, IL 60510

Sallie Mae
Attn: Claims Department
PO Box 9500
Wilkes-Barre, PA 18773

Verison, Inc
Afni, Inc
Attn: Bankruptcy
P. O. Box 3097
Bloomington, IL 61702

Sams Club / GEMB
Attention:  Bankruptcy Departme
PO Box 103104
Roswell, GA 30076

Victoria's Secret
Attention: Bankruptcy
PO Box 182125
Columbus, OH 43218

St. Anthony Medical Center
Rockford Mercantile
2502 S Alpine Road
Rockford, IL 61108

Village of Kirkland
511 W Main Street
P. O. Box 550
Kirkland, IL 60146

St. Anthouny Medical Center
Rockford Mercantile
2502 S Alpine Road
Rockford, IL 61108

Whistling Acres Homeowners Asso
c/o Warren R. Hildebrand
204 Clark Street
Monroe Center, IL 61052