# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: MOSCATO, GAETANO | § | Case No. 14-81740 |
| MOSCATO, PIA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 29, 2014.  The undersigned trustee was appointed on October 01, 2014.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of           $               16,000.00

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6.70 |
| Bank service fees | 359.05 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 15,634.25 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/10/2014 and the deadline for filing governmental claims was 12/10/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,350.00, for a total compensation of $2,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2017          By:/s/JAMES E. STEVENS _____

Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 14-81740 | Trustee: (330420) JAMES E. STEVENS |
| Case Name: MOSCATO, GAETANO | Filed (f) or Converted (c): 05/29/14 (f) |
| MOSCATO, PIA | §341(a) Meeting Date: 07/03/14 |
| Period Ending: 03/05/17 | Claims Bar Date: 12/10/14 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5617 North Carole Court, Monroe Center | 135,332.00 | 0.00 | | 0.00 | FA |
| 2 | Commerical Property located at 506 W M, Kirkland | 0.00 | 0.00 | | 0.00 | FA |
| 3 | United States Currency. | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Security Deposit - George C. Bravosr, Landlord | 2,200.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit -Mickey Chengpeng Liu, landlord | 650.00 | 0.00 | | 0.00 | FA |
| 6 | Security Deposit - Nicor Gas | Unknown | 0.00 | | 0.00 | FA |
| 7 | Misc. household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | clothing | 450.00 | 0.00 | | 0.00 | FA |
| 9 | 2 wedding bands | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Life insurance through Country Financial | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Life insurance for son, Vincenzo Gaetano Moscato | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Life insurance for daughter Angela Gia Moscato | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Life insurance for daughter Nicole Alessandra Mo | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 1982 Pontiac Trans Am | 1,500.00 | 0.00 | | 0.00 | FA |
| 15 | 1981 Fiat Spyder | 1,500.00 | 0.00 | | 0.00 | FA |
| 16 | 1996 Mercedes Benz S-500 | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | 1999 Mercedes Benz ML 320 SUV | 1,000.00 | 0.00 | | 0.00 | FA |
| 18 | 1999 Mercedes Benz ML 320 SUV | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | 4old pizza ovens, 2 grease traps, 2 3-compartmen     See Order Disallowing Exemptions entered 10/2/14. See Order to Compromise Controversy entered 12/17/14. | Unknown | 10,000.00 | | 10,000.05 | FA |
| 20 | No stock of inventory other than minimal and lim | Unknown | 0.00 | | 0.00 | FA |
| 21 | Expectation of receipt of personal injury     See Order Disallowing Exemptions entered 10/2/14. See Order to Compromise Controversy entered 12/17/14. | 20,000.00 | 8,000.00 | | 5,999.95 | FA |
| 22 | Asset Entered in Error  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 Assets | Totals (Excluding unknown values) | $166,782.00 | $18,000.00 | | $16,000.00 | $0.00 |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 14-81740 | **Trustee:** (330420) | JAMES E. STEVENS |
| **Case Name:** MOSCATO, GAETANO | **Filed (f) or Converted (c):** | 05/29/14 (f) |
| MOSCATO, PIA | **§341(a) Meeting Date:** | 07/03/14 |
| **Period Ending:** 03/05/17 | **Claims Bar Date:** | 12/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    January 1, 2017          **Current Projected Date Of Final Report (TFR):**    March 5, 2017  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-81740 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** MOSCATO, GAETANO | **Bank Name:** Rabobank, N.A. |
| MOSCATO, PIA | **Account:** ******0466 - Checking Account |
| **Taxpayer ID #:** **-***2678 | **Blanket Bond:** $6,620,000.00  (per case limit) |
| **Period Ending:** 03/05/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/15 | {19} | Moscato Piza | payment per court order/pizza equipment | 1129-000 | 666.67 | | 666.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 656.67 |
| 02/04/15 | {19} | Moscato Pizza | payment for pizza equipment | 1129-000 | 666.67 | | 1,323.34 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,313.34 |
| 03/04/15 | {19} | Moscato Pizza | payment on pizza equipment | 1129-000 | 666.67 | | 1,980.01 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,970.01 |
| 04/06/15 | {19} | MOSCATO PIZZA | payment on pizza equipment | 1129-000 | 666.67 | | 2,636.68 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,626.68 |
| 05/04/15 | {19} | GAETANO AND PIA MOSCATO | PAYMENT ON PIZZA EQUIPMENT | 1129-000 | 666.67 | | 3,293.35 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,283.35 |
| 06/02/15 | {19} | Gaetano  and Pia Moscato | payment on equipment | 1129-000 | 666.67 | | 3,950.02 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 06/09/2015 FOR CASE<br>#14-81740, Bond #016018067 | 2300-000 | | 2.06 | 3,947.96 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,937.96 |
| 07/08/15 | {19} | Moscato's Pizza | payment on restaurant equipment | 1129-000 | 666.67 | | 4,604.63 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,594.63 |
| 08/24/15 | {19} | Moscato's Pizza | Payment on Restaurant Equipment | 1129-000 | 666.67 | | 5,261.30 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,251.30 |
| 09/08/15 | {19} | Moscato's Pizza | Payment on Restaurant Equipment | 1129-000 | 666.67 | | 5,917.97 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,907.97 |
| 10/19/15 | {19} | Moscato's Pizza | Payment on Restaurant Equipment | 1129-000 | 666.67 | | 6,574.64 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,564.64 |
| 11/23/15 | {19} | Moscato's Pizza | payment on restaurant eqpmt and personal<br>injury | 1129-000 | 666.67 | | 7,231.31 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,221.31 |
| 12/22/15 | {19} | Moscato Pizza | payment on pizza equipment | 1129-000 | 666.67 | | 7,887.98 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.68 | 7,876.30 |
| 01/25/16 | {19} | Moscato Pizza | payment on pizza equipment | 1129-000 | 666.67 | | 8,542.97 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.98 | 8,531.99 |
| 02/24/16 | {19} | Moscato Pizza/Gaetano & Pia<br>Moscato | payment on pizza equipment | 1129-000 | 666.67 | | 9,198.66 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.89 | 9,186.77 |
| 03/28/16 | {19} | Moscato Pizza | payment on personal property | 1129-000 | 666.67 | | 9,853.44 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.52 | 9,838.92 |
| 04/26/16 | {21} | MOSCATO PIZZA | PAYMENT ON PERSONAL INJURY<br>SETTLEMENT | 1129-000 | 666.67 | | 10,505.59 |

Subtotals :    $10,666.72    $161.13

{} Asset reference(s)

Printed: 03/05/2017 03:05 PM    V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-81740 | |
| **Case Name:** MOSCATO, GAETANO<br>MOSCATO, PIA | **Trustee:** JAMES E. STEVENS (330420)<br>**Bank Name:** Rabobank, N.A.<br>**Account:** ******0466 - Checking Account |
| **Taxpayer ID #:** **-***2678 | **Blanket Bond:** $6,620,000.00 (per case limit) |
| **Period Ending:** 03/05/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 10,491.89 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.54 | 10,477.35 |
| 06/07/16 | {21} | Moscato Pizza /Gaetano & Pia Moscato | payment/personal injury settlement | 1129-000 | 666.67 | | 11,144.02 |
| 06/08/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #14-81740, bOND #016018067 | 2300-000 | | 4.64 | 11,139.38 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.23 | 11,122.15 |
| 07/05/16 | {21} | MOSCATO PIZZA | PAYMENT PERSONAL INJURY CASE | 1129-000 | 666.67 | | 11,788.82 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.12 | 11,772.70 |
| 08/22/16 | {21} | Pia Moscato | personal injury payment | 1129-000 | 666.67 | | 12,439.37 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.83 | 12,420.54 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.81 | 12,402.73 |
| 10/06/16 | {21} | Moscato Pizza | payment on pi | 1129-000 | 666.67 | | 13,069.40 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.89 | 13,051.51 |
| 11/17/16 | {21} | Moscato Pizza | payment on pi | 1129-000 | 666.67 | | 13,718.18 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,697.96 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.64 | 13,678.32 |
| 01/09/17 | {21} | Moscato Pizza | last payment on pi | 1129-000 | 1,999.93 | | 15,678.25 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.99 | 15,655.26 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.01 | 15,634.25 |

| | | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 16,000.00 | 365.75 | $15,634.25 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | **16,000.00** | **365.75** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$16,000.00** | **$365.75** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0466** | **16,000.00** | **365.75** | **15,634.25** |
| | **$16,000.00** | **$365.75** | **$15,634.25** |

Printed: 03/05/17 03:05 PM

# Exhibit C

Page: 1

## Case: 14-81740   MOSCATO, GAETANO

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/29/14 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)><br>Corporation Service Company - UCC Search (9/18/14) | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 |
| | 05/29/14 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 2,242.00 | 2,242.00 | 0.00 | 2,242.00 | 2,242.00 |
| | 05/29/14 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 2,350.00 | 2,350.00 | 0.00 | 2,350.00 | 2,350.00 |
| | | | **Total for Priority 200:   100% Paid** | **$4,942.00** | **$4,942.00** | **$0.00** | **$4,942.00** | **$4,942.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$4,942.00** | **$4,942.00** | **$0.00** | **$4,942.00** | **$4,942.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 09/11/14 | 610 | Atlas Acquisitions LLC (Sears National Bank)<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)> | 3,164.14 | 3,164.14 | 0.00 | 3,164.14 | 847.93 |
| 2 | 10/15/14 | 610 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706<br><7100-00   General Unsecured § 726(a)(2)> | 10,870.72 | 10,870.72 | 0.00 | 10,870.72 | 2,913.15 |
| 3 | 10/15/14 | 610 | Navient Solutions Inc. on behalf of Department of Education Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635<br><7100-00   General Unsecured § 726(a)(2)> | 24,648.61 | 24,648.61 | 0.00 | 24,648.61 | 6,605.37 |
| 4 | 12/04/14 | 610 | Portfolio Recovery Associates, LLC Successor to GE CAPITAL RETAIL BANK (SAM<br>POB 41067<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 566.46 | 566.46 | 0.00 | 566.46 | 151.80 |
| 5 | 12/04/14 | 610 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B.<br>POB 41067<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 649.31 | 649.31 | 0.00 | 649.31 | 174.00 |
| | | | **Total for Priority 610:   26.79813% Paid** | **$39,899.24** | **$39,899.24** | **$0.00** | **$39,899.24** | **$10,692.25** |
| | | | **Total for Unsecured Claims:** | **$39,899.24** | **$39,899.24** | **$0.00** | **$39,899.24** | **$10,692.25** |

Printed:  03/05/17 03:05 PM **Exhibit C**

## Case:  14-81740    MOSCATO, GAETANO

| Claim # | Date | Pri | Claimant /<br>Proof / <Category> / Memo | Amount<br>Filed | Amount<br>Allowed | Paid<br>to Date | Claim<br>Balance | Proposed<br>Payment |
|---------|------|-----|------------------------------------------|-----------------|-------------------|-----------------|------------------|---------------------|
|         |      |     | Total for Case :                         | $44,841.24      | $44,841.24        | $0.00           | $44,841.24       | $15,634.25          |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-81740
Case Name: MOSCATO, GAETANO
Trustee Name: JAMES E. STEVENS

| | **Balance on hand:** | $ | 15,634.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | Total to be paid to secured creditors: | $ | 0.00 |
| | | Remaining balance: | $ | 15,634.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,350.00 | 0.00 | 2,350.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,242.00 | 0.00 | 2,242.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 350.00 | 0.00 | 350.00 |

| | Total to be paid for chapter 7 administration expenses: | $ | 4,942.00 |
| | Remaining balance: | $ | 10,692.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 10,692.25 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| Total to be paid for priority claims: | $ | | 0.00 |
| Remaining balance: | $ | | 10,692.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,899.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Sears National Bank) | 3,164.14 | 0.00 | 847.93 |
| 2 | Navient Solutions Inc | 10,870.72 | 0.00 | 2,913.15 |
| 3 | Navient Solutions Inc. on behalf of | 24,648.61 | 0.00 | 6,605.37 |
| 4 | Portfolio Recovery Associates, LLC | 566.46 | 0.00 | 151.80 |
| 5 | Portfolio Recovery Associates, LLC | 649.31 | 0.00 | 174.00 |

|  |  |  |  |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | | 10,692.25 |
| Remaining balance: | $ | | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**