UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**MOSCATO, GAETANO** ) Bankruptcy Case No. 14-81740 TML
**MOSCATO, PIA** ) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 14, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MOSCATO, GAETANO
MOSCATO, PIA
313 W MAIN STREET
GENOA, IL 61035

CHARLES W. DOBRA
CHARLES WM. DOBRA, LTD.
675 E. IRVING PARK ROAD
ROSELLE, IL 60172
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

Atlas Acquisitions LLC (Sears National Bank)
294 Union St.
Hackensack, NJ 07601

Navient Solutions Inc
220 Lasley Ave.
Wilkes-Barre, PA 18706

Navient Solutions Inc. on behalf of
Department of Education Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Portfolio Recovery Associates, LLC
Successor to GE CAPITAL RETAIL BANK (SAM
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
successor to GE MONEY BANK, F.S.B.
POB 41067
Norfolk, VA 23541

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com