# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MOSCATO, GAETANO | § | Case No. 14-81740 |
| MOSCATO, PIA | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $146,782.00
*(without deducting any secured claims)*

Assets Exempt: $24,450.00

Total Distribution to Claimants: $10,692.25

Claims Discharged
Without Payment: $75,880.94

Total Expenses of Administration: $5,307.75

3) Total gross receipts of $      16,000.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00      (see **Exhibit 2** ), yielded net receipts of $16,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $233,763.14 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,307.75 | 5,307.75 | 5,307.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,713.95 | 39,899.24 | 39,899.24 | 10,692.25 |
| **TOTAL DISBURSEMENTS** | $305,477.09 | $45,206.99 | $45,206.99 | $16,000.00 |

4)  This case was originally filed under Chapter 7 on May 29, 2014. The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/18/2017 _____    By:  /s/JAMES E. STEVENS _____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4old pizza ovens, 2 grease traps, 2 3-compartmen | 1129-000 | 10,000.05 |
| Expectation of receipt of personal injury | 1129-000 | 5,999.95 |
| **TOTAL GROSS RECEIPTS** | | $16,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | STC Capital Bank | 4110-000 | 228,763.14 | N/A | N/A | 0.00 |
| NOTFILED | John Coffman Ogle County Treasurer | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | STC Capital Bank Lillig & Thorsness, Ltd | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Whistling Acres Homeowners Assoc. c/o Warren R. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | STC Capital Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $233,763.14 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 2,350.00 | 2,350.00 | 2,350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 2,242.00 | 2,242.00 | 2,242.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.06 | 2.06 | 2.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.68 | 11.68 | 11.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.98 | 10.98 | 10.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.89 | 11.89 | 11.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.52 | 14.52 | 14.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.70 | 13.70 | 13.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.54 | 14.54 | 14.54 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.64 | 4.64 | 4.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.23 | 17.23 | 17.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.12 | 16.12 | 16.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.83 | 18.83 | 18.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.81 | 17.81 | 17.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.89 | 17.89 | 17.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.22 | 20.22 | 20.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.64 | 19.64 | 19.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.99 | 22.99 | 22.99 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.01 | 21.01 | 21.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,307.75 | $5,307.75 | $5,307.75 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Sears National Bank) | 7100-000 | N/A | 3,164.14 | 3,164.14 | 847.93 |
| 2 | Navient Solutions Inc | 7100-000 | 11,149.00 | 10,870.72 | 10,870.72 | 2,913.15 |
| 3 | Navient Solutions Inc. on behalf of | 7100-000 | 12,641.00 | 24,648.61 | 24,648.61 | 6,605.37 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 574.00 | 566.46 | 566.46 | 151.80 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 676.00 | 649.31 | 649.31 | 174.00 |
| NOTFILED | Sallie Mae | 7100-000 | 6,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Royal Publishing | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 4,523.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Disposal A R M Solutions, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club / GEMB | 7100-000 | 566.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock River Disposal | 7100-000 | 137.56 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 1,135.61 | N/A | N/A | 0.00 |
| NOTFILED | St. Anthony Medical Center Rockford Mercantile | 7100-000 | 888.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Michy Properties Inc Hilltop Gas & Save | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 52.17 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom Credit Protection Association | 7100-000 | 407.00 | N/A | N/A | 0.00 |
| NOTFILED | Veolia | 7100-000 | 144.48 | N/A | N/A | 0.00 |
| NOTFILED | St. Anthony Medical Center Rockford Mercantile | 7100-000 | 398.00 | N/A | N/A | 0.00 |
| NOTFILED | World Fianncial Network Bank Portfolio Recovery | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Kirkland | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | World Financial Bank | 7100-000 | 4,023.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 856.00 | N/A | N/A | 0.00 |
| NOTFILED | World Financial Network Bank Portfolio recovery | 7100-000 | 856.00 | N/A | N/A | 0.00 |
| NOTFILED | Verison, Inc Afni, Inc | 7100-000 | 154.00 | N/A | N/A | 0.00 |
| NOTFILED | The Ogle County Life | 7100-000 | 154.58 | N/A | N/A | 0.00 |
| NOTFILED | St. Anthouny Medical Center Rockford Mercantile | 7100-000 | 366.00 | N/A | N/A | 0.00 |
| NOTFILED | U S Cellular | 7100-000 | 491.17 | N/A | N/A | 0.00 |
| NOTFILED | St. Anthony Medical Center Rockford Mercantile | 7100-000 | 348.00 | N/A | N/A | 0.00 |
| NOTFILED | MDC Environmental Services | 7100-000 | 216.15 | N/A | N/A | 0.00 |
| NOTFILED | Home Pages American Marketing & Publishing, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Liturgical Publications Inc | 7100-000 | 115.00 | N/A | N/A | 0.00 |
| NOTFILED | Barbara J Runne, DDS General Dentistry | 7100-000 | 3,144.00 | N/A | N/A | 0.00 |
| NOTFILED | Allabaugh Well Company | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corporation | 7100-000 | 205.95 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Disposal | 7100-000 | 150.43 | N/A | N/A | 0.00 |
| NOTFILED | Citibank S. D. Midland Funding | 7100-000 | 1,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Disposal | 7100-000 | 230.89 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Citicorp Credit Services | 7100-000 | 896.00 | N/A | N/A | 0.00 |
| NOTFILED | DirecTV | 7100-000 | 435.25 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison Customer Care Center | 7100-000 | 287.97 | N/A | N/A | 0.00 |
| NOTFILED | HSBC LHR Inc | 7100-000 | 555.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Nevada Midland Funding | 7100-000 | 810.00 | N/A | N/A | 0.00 |
| NOTFILED | Greco & Sons, Inc | 7100-000 | 411.08 | N/A | N/A | 0.00 |
| NOTFILED | ISB Print | 7100-000 | 1,471.34 | N/A | N/A | 0.00 |
| NOTFILED | Greco & Sons, Inc | 7100-000 | 1,112.33 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank Midland Funding | 7100-000 | 907.00 | N/A | N/A | 0.00 |
| NOTFILED | Frontier Communications | 7100-000 | 816.99 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | GE Money Bank Portfolio Recovery | 7100-000 | 649.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | ISB Print | 7100-000 | 1,084.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank/Midland Funding LLC Blatt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $71,713.95 | $39,899.24 | $39,899.24 | $10,692.25 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: 14-81740 | Trustee:     (330420)    JAMES E. STEVENS |
| Case Name:  MOSCATO, GAETANO | Filed (f) or Converted to (c):  05/29/14 (f) |
|                MOSCATO, PIA | §341(a) Meeting Date:  07/03/14 |
| Period Ending: 05/18/17 | Claims Bar Date:  12/10/14 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5617 North Carole Court, Monroe Center | 135,332.00 | 0.00 | | 0.00 | FA |
| 2 | Comerical Property located at 506 W M, Kirkland | 0.00 | 0.00 | | 0.00 | FA |
| 3 | United States Currency. | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Security Deposit - George C. Bravosr, Landlord | 2,200.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit -Mickey Chengpeng Liu, landlord | 650.00 | 0.00 | | 0.00 | FA |
| 6 | Security Deposit - Nicor Gas | Unknown | 0.00 | | 0.00 | FA |
| 7 | Misc. household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | clothing | 450.00 | 0.00 | | 0.00 | FA |
| 9 | 2 wedding bands | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Life insurance through Country Financial | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Life insurance for son, Vincenzo Gaetano Moscato | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Life insurance for daughter Angela Gia Moscato | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Life insurance for daughter Nicole Alessandra Mo | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 1982 Pontiac Trans Am | 1,500.00 | 0.00 | | 0.00 | FA |
| 15 | 1981 Fiat Spyder | 1,500.00 | 0.00 | | 0.00 | FA |
| 16 | 1996 Mercedes Benz S-500 | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | 1999 Mercedes Benz ML 320 SUV | 1,000.00 | 0.00 | | 0.00 | FA |
| 18 | 1999 Mercedes Benz ML 320 SUV | 1,000.00 | 0.00 | | 0.00 | FA |
| 19 | 4old pizza ovens, 2 grease traps, 2 3-compartmen    See Order Disallowing Exemptions entered 10/2/14. See Order to Compromise Controversy entered 12/17/14. | Unknown | 10,000.00 | | 10,000.05 | FA |
| 20 | No stock of inventory other than minimal and lim | Unknown | 0.00 | | 0.00 | FA |
| 21 | Expectation of receipt of personal injury    See Order Disallowing Exemptions entered 10/2/14. See Order to Compromise Controversy entered 12/17/14. | 20,000.00 | 8,000.00 | | 5,999.95 | FA |
| 22 | Asset Entered in Error  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets**   Totals (Excluding unknown values) | **$166,782.00** | **$18,000.00** | | **$16,000.00** | **$0.00** |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 14-81740 |
| Case Name: | MOSCATO, GAETANO |
| | MOSCATO, PIA |
| Period Ending: | 05/18/17 |

| | |
|---|---|
| Trustee: | (330420)    JAMES E. STEVENS |
| Filed (f) or Converted (c): | 05/29/14 (f) |
| §341(a) Meeting Date: | 07/03/14 |
| Claims Bar Date: | 12/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    January 1, 2017        **Current Projected Date Of Final Report (TFR):**    March 5, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-81740 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** MOSCATO, GAETANO | **Bank Name:** Rabobank, N.A. |
| MOSCATO, PIA | **Account:** ******0466 - Checking Account |
| **Taxpayer ID #:** **-***2678 | **Blanket Bond:** $6,620,000.00  (per case limit) |
| **Period Ending:** 05/18/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/15 | {19} | Moscato Piza | payment per court order/pizza equipment | 1129-000 | 666.67 | | 666.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 656.67 |
| 02/04/15 | {19} | Moscato Pizza | payment for pizza equipment | 1129-000 | 666.67 | | 1,323.34 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,313.34 |
| 03/04/15 | {19} | Moscato Pizza | payment on pizza equipment | 1129-000 | 666.67 | | 1,980.01 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,970.01 |
| 04/06/15 | {19} | MOSCATO PIZZA | payment on pizza equipment | 1129-000 | 666.67 | | 2,636.68 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,626.68 |
| 05/04/15 | {19} | GAETANO AND PIA MOSCATO | PAYMENT ON PIZZA EQUIPMENT | 1129-000 | 666.67 | | 3,293.35 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,283.35 |
| 06/02/15 | {19} | Gaetano  and Pia Moscato | payment on equipment | 1129-000 | 666.67 | | 3,950.02 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-81740, Bond #016018067 | 2300-000 | | 2.06 | 3,947.96 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,937.96 |
| 07/08/15 | {19} | Moscato's Pizza | payment on restaurant equipment | 1129-000 | 666.67 | | 4,604.63 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,594.63 |
| 08/24/15 | {19} | Moscato's Pizza | Payment on Restaurant Equipment | 1129-000 | 666.67 | | 5,261.30 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,251.30 |
| 09/08/15 | {19} | Moscato's Pizza | Payment on Restaurant Equipment | 1129-000 | 666.67 | | 5,917.97 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,907.97 |
| 10/19/15 | {19} | Moscato's Pizza | Payment on Restaurant Equipment | 1129-000 | 666.67 | | 6,574.64 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,564.64 |
| 11/23/15 | {19} | Moscato's Pizza | payment on restaurant eqpmt and personal injury | 1129-000 | 666.67 | | 7,231.31 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,221.31 |
| 12/22/15 | {19} | Moscato Pizza | payment on pizza equipment | 1129-000 | 666.67 | | 7,887.98 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.68 | 7,876.30 |
| 01/25/16 | {19} | Moscato Pizza | payment on pizza equipment | 1129-000 | 666.67 | | 8,542.97 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.98 | 8,531.99 |
| 02/24/16 | {19} | Moscato Pizza/Gaetano & Pia Moscato | payment on pizza equipment | 1129-000 | 666.67 | | 9,198.66 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.89 | 9,186.77 |
| 03/28/16 | {19} | Moscato Pizza | payment on personal property | 1129-000 | 666.67 | | 9,853.44 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.52 | 9,838.92 |
| 04/26/16 | {21} | MOSCATO PIZZA | PAYMENT ON PERSONAL INJURY SETTLEMENT | 1129-000 | 666.67 | | 10,505.59 |

Subtotals :  $10,666.72    $161.13

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-81740 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MOSCATO, GAETANO | | Bank Name: | Rabobank, N.A. |
| | MOSCATO, PIA | | Account: | *****0466 - Checking Account |
| Taxpayer ID #: | **-***2678 | | Blanket Bond: | $6,620,000.00  (per case limit) |
| Period Ending: | 05/18/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 10,491.89 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.54 | 10,477.35 |
| 06/07/16 | {21} | Moscato Pizza /Gaetano & Pia Moscato | payment/personal injury settlement | 1129-000 | 666.67 | | 11,144.02 |
| 06/08/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #14-81740, bOND #016018067 | 2300-000 | | 4.64 | 11,139.38 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.23 | 11,122.15 |
| 07/05/16 | {21} | MOSCATO PIZZA | PAYMENT PERSONAL INJURY CASE | 1129-000 | 666.67 | | 11,788.82 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.12 | 11,772.70 |
| 08/22/16 | {21} | Pia Moscato | personal injury payment | 1129-000 | 666.67 | | 12,439.37 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.83 | 12,420.54 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.81 | 12,402.73 |
| 10/06/16 | {21} | Moscato Pizza | payment on pi | 1129-000 | 666.67 | | 13,069.40 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.89 | 13,051.51 |
| 11/17/16 | {21} | Moscato Pizza | payment on pi | 1129-000 | 666.67 | | 13,718.18 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,697.96 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.64 | 13,678.32 |
| 01/09/17 | {21} | Moscato Pizza | last payment on pi | 1129-000 | 1,999.93 | | 15,678.25 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.99 | 15,655.26 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.01 | 15,634.25 |
| 04/06/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $2,350.00, Trustee Compensation;  Reference: | 2100-000 | | 2,350.00 | 13,284.25 |
| 04/06/17 | 104 | Atlas Acquisitions LLC (Sears National Bank) | Dividend paid  26.79% on $3,164.14; Claim# 1; Filed: $3,164.14; Reference: | 7100-000 | | 847.93 | 12,436.32 |
| 04/06/17 | 105 | Navient Solutions Inc | Dividend paid  26.79% on $10,870.72; Claim# 2; Filed: $10,870.72; Reference: | 7100-000 | | 2,913.15 | 9,523.17 |
| 04/06/17 | 106 | Navient Solutions Inc. on behalf of | Dividend paid  26.79% on $24,648.61; Claim# 3; Filed: $24,648.61; Reference: | 7100-000 | | 6,605.37 | 2,917.80 |
| 04/06/17 | 107 | Portfolio Recovery Associates, LLC | Dividend paid  26.79% on $566.46; Claim# 4; Filed: $566.46; Reference: | 7100-000 | | 151.80 | 2,766.00 |
| 04/06/17 | 108 | Portfolio Recovery Associates, LLC | Dividend paid  26.79% on $649.31; Claim# 5; Filed: $649.31; Reference: | 7100-000 | | 174.00 | 2,592.00 |
| 04/06/17 | 109 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 2,592.00 | 0.00 |
| | | | Dividend paid 100.00%        350.00 on $350.00;  Claim# ; Filed: $350.00 | 3120-000 | | | 0.00 |
| | | | Subtotals : | | $5,333.28 | $15,838.87 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-81740 |
| Case Name: | MOSCATO, GAETANO |
| | MOSCATO, PIA |
| Taxpayer ID #: | **-***2678 |
| Period Ending: | 05/18/17 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0466 - Checking Account |
| Blanket Bond: | $6,620,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%        2,242.00<br>on $2,242.00;  Claim# ;<br>Filed: $2,242.00 | 3110-000 | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 16,000.00 | 16,000.00 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | Subtotal | | 16,000.00 | 16,000.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $16,000.00 | $16,000.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******0466 | 16,000.00 | 16,000.00 | 0.00 |
| | $16,000.00 | $16,000.00 | $0.00 |